IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00176-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERICK CASTILLO-ALVAREZ,
a/k/a Eddie Bencomo-Castillo,

    Defendant.

## ORDER VACATING TRIAL DATES AND SETTING CHANGE OF PLEA HEARING

In response to the Notice of Disposition (Doc. # 16) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for June 5, 2009 and the two-day jury trial set to commence on June 15, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than May 27, 2009 to set this matter for a Change of Plea Hearing.

DATED: May  21 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge